FILED
14-1019
1/22/2015 9:54:41 AM
tex-3873304
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

No. 14-1019

_____

## IN THE SUPREME COURT OF TEXAS

_____

### YVONNE CARDWELL,

*Petitioner,*

**v.**

### WHATABURGER RESTAURANTS LLC,

*Respondent.*

_____

Appealed from the County Court at Law Number Seven, El Paso County, Texas
(Trial Court No. 2009-2920)
Appealed to the Court of Appeals Eighth Judicial District of Texas at El Paso
(Appellate Court No. 08-13-00280-CV)

_____

### PETITIONER'S SECOND MOTION TO EXTEND TIME
### TO FILE PETITION FOR REVIEW

_____

**TO THE HONORABLE SUPREME COURT OF TEXAS:**

Petitioner Yvonne Cardwell files this Second Motion to Extend Time to File

Petition for Review under TRAP 10.1, 10.5(b), and 53.7(f).

1.    This is an interlocutory appeal of the trial court's order denying

1

Appellant/Respondent's Motion to Compel Arbitration and Motion to Dismiss on August 28, 2013, in the matter below styled *Yvonne Cardwell v. Whataburger Restaurants, LLC;* Trial Court No. 2013- DCV -0910; in the County Court at Law Number Seven, the Honorable Thomas A. Spieczny, judge presiding.

2.      On August 13, 2014, in *Whataburger Restaurants, LLC v. Yvonne Cardwell,* No. 08-13-00280-CV, the Honorable Eighth Court of Appeals reversed the trial court's order denying Appellant's motion to compel arbitration and motion to dismiss and remanded the case with instructions to grant the motion and enter an order compelling arbitration and dismissing the case, in accordance with the Court's opinion.

3.      Following a motion for rehearing, on October 24, 2014, the Honorable Eighth Court of Appeals withdrew its judgment dated August 13, 2014 and entered a new judgment in its place that reversed the trial court's order denying Appellant's motion to compel arbitration and motion to dismiss and remanded the case to the trial court with instructions to grant the motion and enter an order compelling arbitration and staying the proceedings, in accordance with the Court's opinion.

4.      Petitioner submitted this motion for extension of time to file her petition for review on January 22, 2015, as permitted by TRAP 10.1, 10.5(b) and 53.7(f).

5.      If no extension of time is granted by this Court, the petition for review

was due to be filed by Wednesday, January 7, 2015.

6. Petitioner requests an additional sixteen (16) days to file her petition for review, that is, an extension of time until Friday, January 23, 2015. The identical petition that was incorrectly attached to petitioner's motion submitted January 22, 2015, is submitted in a separate document contemporaneously with this motion.

7. This is petitioner's second request to extend time to file her petition.

8. Petitioner needs additional time to file the petition because the undersigned counsel who prepared the petition was required to devote time and attention to a number of trial and appellate matters during the time in which the petition was due and has resulted in an unanticipated heavy work load so that counsel for petitioner was unable to fully prepare the petition during the time in which it was due to be filed. In addition, shortly after the new year, the undersigned's elderly mother, who is eighty-three (83) years old and living in Fulshear, Texas outside Houston, suffered an event that has necessitated her impending move to an assisted care facility, which required the undersigned to devote substantial time to unforeseen personal matters during the time in which the petition was due to be filed.

9. An extension of time for filing the petition will not delay submission of this case in its prescribed order and no harm will result to respondent as a result of this extension of time, in that this case has not been set for submission on the petition.

10.    **Certificate of conference.**  Due to the late hour of the filing of the motion on January 22, 2015, petitioner's counsel was unable to contact respondent's counsel regarding the motion prior to its filing.

**WHEREFORE, PREMISES CONSIDERED,** petitioner Yvonne Cardwell requests that the Court grant the motion and enter an order extending the time for filing her petition for review for sixteen (16) days or until Friday, January 23, 2015, and accept the petition submitted in a separate document contemporaneously with this motion as filed, and other relief to which petitioner may show herself justly entitled.

Respectfully submitted,

**SCHERR & LEGATE, PLLC.**
Attorneys for Plaintiff
109 North Oregon, 12th Floor
El Paso, Texas  79901
(915) 544-0100
(915) 532-1759 (Facsimile)


 */s/ Jeffrey B. Pownell*
**JAMES D. TAWNEY**
State Bar No. 24060970
**JEFFREY B. POWNELL**
State Bar No. 16222900.
*Attorneys for Petitioner*
*Yvonne Cardwell*

4

## CERTIFICATE OF CONFERENCE

Due to the late hour of the filing of the motion on January 22, 2015, the undersigned was unable to contact respondent's counsel concerning the foregoing motion prior to its filing.

_/s/ Jeffrey B. Pownell_
**Jeffrey B. Pownell**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23nd day of January, 2015, a true and correct copy of the foregoing was e-mailed and/or mailed by first class mail, postage prepaid, to the following counsel of record:

W. Alan Wright
Craig A. McDougal
S. Wesley Butler
Crouch & Ramey, L.L.P.
2001 Ross Ave., Suite 4400
Dallas, Texas 75201
Telephone: (214) 922-7100
Facsmile: (214) 922-7101
awright@crouchfirm.com
cmcdougal@crouchfirm.com
wbutler@crouchfirm.com
_Attorneys for Respondent_
_Whataburger Restaurants LLC_

_/s/ Jeffrey B. Pownell_
**Jeffrey B. Pownell**